IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY SIMMONS                                                                                    PLAINTIFF

V.                                              NO. 3:14CV80-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## ORDER

For the reasons stated more fully on the record at the oral argument hearing held on January 15, 2015, the court makes the following ruling:

There is substantial evidence on the record as a whole to support the Commissioner's decision denying benefits in this case. The ALJ's decision finds adequate support in the record as to Mr. Simmons's intellectual functioning, including opinions of a consulting psychologist and a State agency reviewing psychologist and no acceptable medical source opinion to the contrary. And the record, when read as a whole, supports the ALJ's conclusion that Mr. Simmons could perform sedentary work with limitations to account for his back pain, morbid obesity, and personality disorders. Furthermore, the Commissioner's decision is not based on legal error.

The Commissioner's decision is hereby affirmed. The Complaint is dismissed with prejudice.

So ordered, this 16th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE