# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEREMY SIMMONS**                                                                   **PLAINTIFF**

**V.**                                      **NO. 3:14CV80-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Plaintiff Jeremy Simmons's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 16th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE